UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 17-12048-NMG

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

v.

BOUCHARD TRANSPORTATION COMPANY, INC., ET AL

ORDER OF DISMISSAL

GORTON, D.J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(B).

By the Court,

/s/ Christine M. Lima
Deputy Clerk

March 28, 2019

To: All Counsel